# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CEDRIC BRENT, | * | CIVIL ACTION NO.: |
| Plaintiff. | * | |
| | * | SECTION: " " |
| VERSUS | * | |
| | * | MAG.: |
| NABORS OFFSHORE CORPORATION, | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## SEAMAN'S COMPLAINT

**NOW INTO COURT**, by and through undersigned counsel, comes the plaintiff, CEDRIC

BRENT, an adult resident citizen of Sumrall, Mississippi, and who respectfully represents the

following, to-wit:

I.

This action is brought pursuant to Title 46 U.S.C. § Section 688, the Jones Act, and all

statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the

United States.

II.

Defendant, Nabors Offshore Corporation, is a foreign corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

III.

On or about April 9, 2011, plaintiff, Cedric Brent was employed by defendant, Nabors Offshore Corporation and assigned to the Rig P-10 in the Gulf of Mexico off the coast of Louisiana.

IV.

On or about April 9, 2011, the Rig P-10 was owned, operated and/or controlled by defendant, Nabors Offshore Corporation.

V.

On or about April 9, 2011, as plaintiff, was performing his assigned duties aboard the Rig P-10, he sustained serious, permanent and disabling injuries including but not limited to his head and cervical spine, when he was struck in the side of the head and face by a set of tongs.

VI.

Plaintiff, Cedric Brent, was injured solely through the negligence, fault or inattention of duties by the defendant, Nabors Offshore Corporation,  their agents or employees, in one or more of the following non-exclusive particulars, to-wit:

    a.      Failing to provide plaintiff with a safe place to work;

    b.      Failing to avoid striking plaintiff in the face and head with a set of tongs;

    c.      Striking plaintiff in the face, jaw and head with a set of tongs;

    d.      Failing to adequately supervise the job being performed;

    e.      Failing to perform the job in a reasonably safe manner;

f.      Other negligent acts and/or omissions which will be shown at a trial of this action.

VII.

At all pertinent times hereto, the Rig P-10  was unseaworthy in one or more of the following respects, to-wit:

a.      Failing to provide plaintiff with a safe place to work;

b.      Failing to provide plaintiff with an adequate and competent crew;

c.      Failing to properly supervise the job being performed;

d.      Failing to properly train the crew for the job being performed; and

e.      Other unseaworthy conditions to be determined at a trial of this action.

VIII.

As a result of the above and foregoing unseaworthy conditions and negligent acts and/or omissions, plaintiff, Cedric Brent, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following, to-wit:

a.      Past and future loss of wages;

b.      Impairment of future earning capacity;

c.      Physical pain and suffering;

d.      Mental and emotional pain and suffering;

e.      Past and future medical expenses;

f.      Loss of enjoyment of life;

g.      Found and other related damages; and

h.      Additional damages to be shown at the trial of this action.

IX.

Plaintiff, Cedric Brent, is entitled to maintenance and cure benefits from the above referenced defendant/employer, Nabors Offshore Corporation, until such time as he reaches maximum medical cure; and Plaintiff is entitled to attorney's fees, costs and punitive damages in the event the defendant, Nabors Offshore, unreasonably refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE**, the premises considered, the Plaintiff, Cedric Brent, prays for judgment herein and against the defendant, Nabors Offshore Corporation, that they be served with a copy of this Seaman's Complaint, that they be cited to appear and answer same within the time delays allowed by law, and that after due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Cedric Brent, and against defendant herein, Nabors Offshore Corporation, in the full and total sum of ONE MILLION, TWO HUNDRED THOUSAND DOLLARS AND NO/100 ($1,200,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ George W. Byrne, Jr.
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.:  (504) 566-1652
E-Mail: georgewbyrnejr@ungarlawyers.com
Counsel for Plaintiff, *Cedric Brent*

**PLEASE SERVE:**

**NABORS OFFSHORE**
Through their Registered Agent for Service of Process
C T CORPORATION SYSTEMS
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808