UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CEDRIC BRENT | CIVIL ACTION |
| VERSUS | NO. 11-2306 |
| NABORS OFFSHORE CORP. | SECTION "B"(3) |

### ORDER

Considering the foregoing Motion to Dismiss Without Prejudice (Rec. Doc. No. 25),

**IT IS ORDERED** that the Motion is **GRANTED**. The above-captioned action is **DISMISSED** without prejudice.

New Orleans, Louisiana, this 25th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE